No. 03–8085. ABRAMS v. VIRGINIA. Sup. Ct. Va. Certiorari denied.

No. 03–8086. CARLSON v. NEBRASKA. Sup. Ct. Neb. Certiorari denied.

No. 03–8087. JACKSON v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 03–8091. KACZMAREK v. ILLINOIS. Sup. Ct. Ill. Certiorari denied.

No. 03–8097. WHITE v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 03–8108. JENKINS v. TRUSTEES OF SANDHILLS COMMUNITY COLLEGE ET AL. C. A. 4th Cir. Certiorari denied.

No. 03–8113. FLEMING v. JOHNSON, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS. C. A. 4th Cir. Certiorari denied.

No. 03–8114. KEENE v. CRANK, ATTORNEY GENERAL OF WYOMING, ET AL. C. A. 10th Cir. Certiorari denied.

No. 03–8115. JACKSON v. UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF WASHINGTON. C. A. 9th Cir. Certiorari denied.

No. 03–8117. MCCALL v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 03–8118. MCLAMB v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 03–8119. SOTELO-MENDOZA v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 03–8120. SANTOS-PRADOS v. UNITED STATES; and
No. 03–8182. ALPHONSE-RIOS, AKA ARHOSE, AKA ALHONSE, AKA RIOS v. UNITED STATES. C. A. 2d Cir. Certiorari denied. Reported below: 77 Fed. Appx. 62.

No. 03–8121. SANDERS v. UNITED STATES. C. A. 8th Cir. Certiorari denied.